IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Filed Under Seal*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| MICHAEL JEFFERSON | : | VIOLATIONS:<br>18 U.S.C. § 2241(a) |
| | : | (aggravated sexual abuse – 1 count)<br>18 U.S.C. § 2242(3) |
| | : | (sexual abuse – 1 count)<br>18 U.S.C. § 2243(b) |
| | : | (sexual abuse of a ward – 1 count)<br>18 U.S.C. §§ 242 & 250(b)(1) |
| | : | (deprivation of rights under color of law – 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The Federal Detention Center ("FDC") is a federal prison in Philadelphia, within the Eastern District of Pennsylvania.

2. Defendant MICHAEL JEFFERSON, was at all relevant times employed by the Bureau of Prisons at the FDC as a correctional officer ("CO").

3. The Victim, an individual known to the grand jury, was at all relevant times an inmate at the FDC, under the custodial, supervisory, and disciplinary authority of the defendant.

4. On or about July 6, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## MICHAEL JEFFERSON

knowingly caused and attempted to cause the Victim to engage in a sexual act by using force against the Victim, that is, lying on top of the Victim and holding the Victim down, causing contact between the defendant's penis and the Victim's vulva and anus, and penetrating the Victim's vulva and anus with his penis.

In violation of Title 18, United States Code, Section 2241(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 3 of Count One are realleged here.

2. On or about July 6, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL JEFFERSON**

knowingly engaged and attempted to engage in a sexual act with the Victim without the Victim's consent, that is, causing contact between the defendant's penis and the Victim's vulva and anus, and penetrating the Victim's vulva and anus with his penis.

In violation of Title 18, United States Code, Section 2242(3).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 3 of Count One are realleged here.

2. On or about July 6, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL JEFFERSON**

knowingly engaged and attempted to engage in a sexual act with the Victim, that is, the defendant caused contact between his penis and the Victim's vulva and anus, and penetrated the Victim's vulva and anus with his penis, when the Victim was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs 1 through 3 of Count One are realleged here.

2. On or about July 6, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL JEFFERSON,**

while acting under color of law, willfully deprived the Victim of her right not to be subjected to cruel and unusual punishment, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from sexual abuse by a correctional officer, when he laid on top of the Victim and held the Victim down, caused contact between the defendant's penis and the Victim's vulva and anus, and penetrated the Victim's vulva and anus with his penis, without the Victim's consent and without a legitimate penological purpose. Defendant JEFFERSON's conduct resulted in bodily injury to the Victim and included the use and attempted use of aggravated sexual abuse, and the use and attempted use of sexual abuse.

In violation of Title 18, United States Code, Sections 242 and 250(b)(1).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*Salvatore L. Astolfi*
**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

MICHAEL JEFFERSON

**INDICTMENT**

18 U.S.C. § 2241(a) (aggravated sexual abuse - 1 count);
18 U.S.C. § 2242(3) (sexual abuse - 1 count); 18 U.S.C. § 2243(b) (sexual abuse of a ward - 1 count);
18 U.S.C. §§ 242 & 250(b)(1) (deprivation of rights under color of law - 1 count)

A true bill



Filed in open ____
Of ____